IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | | |
|---|---|---|
| CHONG and MARILYN YIM, Kelly Lyles, Eileen, LLC, and Rental Housing Association of Washington, | ) ) ) ) | Civil Action No. 2:18-cv-00736-JCC |
| Plaintiffs, | ) ) | **RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF PLAINTIFFS EILEEN, LLC, AND RENTAL HOUSING ASSOCIATION OF WASHINGTON** |
| v. | ) ) | |
| THE CITY OF SEATTLE, a Washington municipal corporation, | ) ) ) | |
| Defendant. | ) ) | |

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Eileen, LLC, declares that it has no parent corporation, and that no publicly held corporation owns any stock in Eileen, LLC.

Plaintiff Rental Housing Association of Washington is a nonprofit membership organization, has no parent corporation, and issues no stock.

///

*RULE 7.1 CORP. DISCLOSURE* - 1
*Case No. 2:18-cv-00736-JCC*

*Pacific Legal Foundation*
*10940 NE 33rd Pl., Suite 210*
*Bellevue, Washington 98004*
*(425) 576-0484*

DATED: May 29, 2018.

Respectfully submitted,

By: s/ ETHAN W. BLEVINS
By: s/ BRIAN T. HODGES
Ethan W. Blevins, WSBA # 48219
Brian T. Hodges, WSBA # 31976
Pacific Legal Foundation
10940 Northeast 33rd Place, Suite 210
Bellevue, Washington 98004
Telephone: (425) 576-0484
Fax: (425) 576-9565
Email: EBlevins@pacificlegal.org
Email: BHodges@pacificlegal.org

Attorneys for Plaintiffs

*RULE 7.1 CORP. DISCLOSURE - 2*
*Case No. 2:18-cv-00736-JCC*

*Pacific Legal Foundation*
*10940 NE 33rd Pl., Suite 210*
*Bellevue, Washington 98004*
*(425) 576-0484*

## CERTIFICATE OF SERVICE

I hereby certify that on May 29, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will provide notice to the following CM/ECF users:

Roger D. Wynne, Email: roger.wynne@seattle.gov
Sara O'Connor-Kriss, Email: sara.oconnor-kriss@seattle.gov
Josh Johnson, Email: josh.johnson@seattle.gov

Dated: May 29, 2018.

s/ ETHAN W. BLEVINS
Ethan W. Blevins, WSBA # 48219

Attorney for Plaintiffs

*RULE 7.1 CORP. DISCLOSURE - 3*
*Case No. 2:18-cv-00736-JCC*

*Pacific Legal Foundation*
*10940 NE 33rd Pl., Suite 210*
*Bellevue, Washington 98004*
*(425) 576-0484*