THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHONG and MARILYN YIM, KELLY LYLES, EILEEN, LLC, and RENTAL HOUSING ASSOCIATION OF WASHINGTON,<br><br>Plaintiffs,<br>v.<br><br>THE CITY OF SEATTLE, a Washington Municipal Corporation,<br><br>Defendant. | CASE NO. C18-0736-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to vacate the upcoming status conference and enter a proposed case scheduling order (Dkt. No. 9). The parties indicate that discovery and trial are unnecessary and that this action can be resolved through cross-motions for summary judgment based on a stipulated record. (*Id*. at 1.) The parties' motion (Dkt. No. 9) is GRANTED. The August 7, 2018 status conference is VACATED. The Court sets the following schedule and briefing page limits:

//

//

| Finalize stipulated record | August 31, 2018 |
|---|---|
| Plaintiffs' motion for summary judgment<br><br>(Not to exceed 24 pages) | September 28, 2018 |
| City's combined opposition to Plaintiffs' motion for summary judgment and cross-motion for summary judgment<br><br>(Not to exceed 36 pages) | October 26, 2018 |
| Plaintiffs' combined reply in support of their summary judgment motion and opposition to City's cross-motion for summary judgment<br><br>(Not to exceed 30 pages) | December 7, 2018 |
| City's reply in support of its cross-motion for summary judgment and the noting date for both motions for summary judgment<br><br>(Not to exceed 12 pages) | January 11, 2019 |

If resolution of either party's summary judgment motion requires the Court to resolve a disputed issue of material fact, the Court, as the trier of fact, will resolve any disputed issue of material fact based on the record before it.

DATED this 20th day of July 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER C18-0736-JCC
PAGE - 2