THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| CHONG AND MARILYN YIM, *et al.*,<br><br>  Plaintiffs,<br>  v.<br><br>THE CITY OF SEATTLE,<br><br>  Defendant. | CASE NO. C18-0736-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Pioneer Human Services and Tenants Union of Washington's phone call to the Court asking about *amicus curiae* brief deadlines. Consistent with the parties' briefing schedule (Dkt. No. 10 at 2), the Court ORDERS interested parties to file any *amicus curiae* briefs no later than November 23, 2018.

DATED this 1st day of October 2018.

William M. McCool<br>
Clerk of Court<br><br>
s/Tomas Hernandez<br>
Deputy Clerk