THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| CHONG and MARILYN YIM, KELLY LYLES, EILEEN, LLC, and RENTAL HOUSING ASSOCIATION OF WASHINGTON<br><br>Plaintiffs,<br><br>v.<br><br>THE CITY OF SEATTLE, a Washington Municipal corporation,<br><br>Defendant. | Case No. 2:18-cv-736-JCC<br><br>**MOTION FOR LEAVE TO FILE BRIEF OF THE NATIONAL HOUSING LAW PROJECT & SARGENT SHRIVER NATIONAL CENTER ON POVERTY LAW AS *AMICUS CURIAE* IN SUPPORT OF DEFENDANT**<br><br>**NOTE ON MOTION CALENDAR:**<br>November 2, 2018 |

*AMICUS CURIAE THE NATIONAL HOUSING LAW PROJECT & THE SARGENT SHRIVER NATIONAL CENTER FOR POVERTY LAW'S MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF*
(Case No. 2:18-cv-736-JCC)

Eric Dunn
National Housing Law Project
919 E. Main Street, Ste. 610
Richmond, VA 23219

The National Housing Law Project and Sargent Shriver National Center for Poverty Law, hereby submit this Motion for Leave to File a Brief as *Amicus Curiae* in Support of Defendant.

## I.   MOTION FOR PERMISSION TO FILE BRIEF OF *AMICUS CURIAE.*

### 1.   Identity of Moving Parties

Sargent Shriver National Center on Poverty Law ("Shriver Center") provides national leadership to promote justice and improve the lives and opportunities of people living in poverty. The Shriver Center uses a multi-faceted approach consisting of litigation, legislative and policy advocacy, and administrative reform, to achieve economic, racial and social justice for our clients, including justice-involved populations. The Shriver Center's Housing Justice and Community Justice team focuses their advocacy on the collateral consequences of contact with the criminal justice system, working to ensure that justice-involved Americans have fair opportunities to access safe, decent and affordable housing.

The National Housing Law Project ("NHLP") is a nonprofit national housing and legal advocacy center established in 1968, whose mission is to advance housing justice for low-income people by increasing and preserving the supply of decent, affordable housing; preserving, expanding, and enforcing tenants' rights in housing; improving existing housing conditions; and minimizing involuntary displacement. NHLP's reentry initiative focuses on expanding housing opportunities for people with a criminal record. As part of the project, NHLP partners with a host of housing and criminal justice reform organizations  including local and national advocates, tenant and advocacy networks, nonprofit developers, and allied housing organizations. Through policy advocacy and litigation, NHLP has contributed to many critically important changes to policy and programs that

*AMICUS CURIAE THE NATIONAL HOUSING LAW PROJECT & THE SARGENT SHRIVER NATIONAL CENTER FOR POVERTY LAW'S MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF (Case No. 2:18-cv-736-JCC)*

Eric Dunn
National Housing Law Project
919 E. Main Street, Ste. 610
Richmond, VA 23219

have resulted in increased housing access and improved housing conditions for low-income, justice-involved people..

Stemming from decades of expertise and experience, Shriver Center and NHLP have a strong commitment and interest in the barriers that impact the ability to obtain safe, healthy, and affordable housing and how this intersects with criminal justice. Having worked at this intersection across the country, Shriver Center and NHLP have a unique perspective that will increase the Court's understanding of the national trends regarding the use and preparation of criminal records. The Shriver Center and NHLP also seek to educate the Court regarding the extreme deficit of affordable and subsidized housing available—especially for people with criminal records.

## 2. Statement of Relief Sought

NHLP and Shriver Center seek leave from the Court to file an *amicus curiae* brief to assist the Court by providing their distinct perspective to explain and add context to the public interest in City of Seattle Ordinance 125393 (herein "Ordinance 125393"), beyond the perspective on the parties in this case. Granting leave to file an *amicus* is appropriate as courts regularly use amicus curiae briefs to assist "in cases of general public interest." *Alexander v. Hall*, 64 F.R.D. 152, 155 (D. S.C. 1974). "The district court has broad discretion regarding the appointment of amici." *Missouri v. Harris*, No. 2:14-CV-00341-KJM, 2014 WL 2987284, at 2 (E.D. Cal. July 1, 2014) (citing *Hoptowit v. Ray*, 682 F.2d 1237, 1260 (9th Cir. 1982) *abrogated on other grounds by Sandin v. Conner*, 515 U.S. 472 (1995)). (upholding district court's appointment of amici). "An amicus brief should normally be allowed when, among other considerations, the amicus has unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide" *Harris,* 2014 WL 2987284 at 2 (citing *Cmty. Ass'n for Restoration of Env't (CARE) v. DeRuyter Bros. Dairy*, 54

| | |
|---|---|
| *AMICUS CURIAE THE NATIONAL HOUSING LAW PROJECT & THE SARGENT SHRIVER NATIONAL CENTER FOR POVERTY LAW'S MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF (Case No. 2:18-cv-736-JCC)* | Eric Dunn National Housing Law Project 919 E. Main Street, Ste. 610 Richmond, VA 23219 |

F.Supp.2d 974, 975 (E.D.Wash.1999)).  (non-profit organizations appointed by district court as amici in case challenging California law); *see also Miller-Wohl Co. v. Comm'r of Labor & Indus. State of Mont.*, 694 F.2d 203, 204 (9th Cir. 1982).

### 3. Issues to Which the *Amicus Curiae* Brief Will Be Directed

Defendant City of Seattle seeks to uphold the Ordinance. Shriver Center and NHLP respectfully seek leave to file an *amicus curiae* brief to support Defendant's position by addressing three critical issues.

First, the brief will place the Ordinance in the context of an emerging national trend to question and eradicate unreasonable housing barriers for people who have left the criminal justice system. The brief will address the growing recognition amongst federal and state policymakers about the need to reduce the overreliance on criminal records in housing, given the limited value of past criminal history as a means of predicting future behavior. This discussion will also touch upon similar efforts to restrict criminal records screening in the employment sector and how the Ordinance successfully draws upon lessons learned in those efforts.

Second, the brief will address the private rental market's necessary role in ensuring that people who have left the justice system have equitable access to housing.  This discussion will provide an overview of the rapidly declining availability of Federally subsidized housing for people living in poverty, including justice-involved individuals. This discussion will also examine the shortage of supportive housing in general and for people coming out of jail and prison.  These shortages are especially acute in dense urban areas, such as Seattle, where a significant number of formerly incarcerated people reside in order to be close to employment and other resources that would help them

*AMICUS CURIAE THE NATIONAL HOUSING LAW PROJECT & THE SARGENT SHRIVER NATIONAL CENTER FOR POVERTY LAW'S MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF (Case No. 2:18-cv-736-JCC)*

Eric Dunn
National Housing Law Project
919 E. Main Street, Ste. 610
Richmond, VA 23219

leave the criminal justice system behind them.

Third, to show how these records are not "public" in the common sense of the word, Shriver Center and NHLP will explain how criminal records are created, compiled, packaged and marketed. This discussion will include an explanation of the evolving, largely unregulated industry of tenant screening, which will further demonstrate why Seattle's regulation of criminal records screening in housing is of utmost importance.

## CONCLUSION

For these reasons, the Court should grant this Motion, and permit The National Housing Law Project and The Sargent Shriver Center for Poverty Law to file their Brief of *Amicus Curiae*.

By: *s/ Eric Dunn*
Eric Dunn, WSBA # 36622
National Housing Law Project
919 E. Main Street, Ste. 610
Richmond, VA 23219
Phone: (415) 546-7000, ext. 3102
Email: EDUNN@NHLP.ORG
Counsel for PROPOSED *AMICUS CURIAE*,
THE NATIONAL HOUSING LAW PROJECT AND THE SARGENT SHRIVER CENTER FOR POVERTY LAW

Katherine E. Walz (Ill. Bar. No. 0623818)
Marie Claire Tran-Leung (Ca. Bar No. 298171)
Sargent Shriver National Center on Poverty Law, Inc.
67 E. Madison Street, Suite 2000
Chicago, Illinois 60603
katewalz@povertylaw.org
marieclairetran@povertylaw.org
Phone: (312) 263-3830
Facsimile: (312) 268-3879

*AMICUS CURIAE THE NATIONAL HOUSING LAW PROJECT & THE SARGENT SHRIVER NATIONAL CENTER FOR POVERTY LAW'S MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF (Case No. 2:18-cv-736-JCC)*

Eric Dunn
National Housing Law Project
919 E. Main Street, Ste. 610
Richmond, VA 23219

**CERTIFICATE OF SERVICE**

I hereby certify that on October 17, 2018, the foregoing document was electronically filed with the United States District Court's CM/ECF system, which will send notification of such filing to all attorneys of record.

*s/ Eric Dunn*
Eric Dunn

*AMICUS CURIAE THE NATIONAL HOUSING LAW PROJECT & THE SARGENT SHRIVER NATIONAL CENTER FOR POVERTY LAW'S MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF (Case No. 2:18-cv-736-JCC)*

Eric Dunn
National Housing Law Project
919 E. Main Street, Ste. 610
Richmond, VA 23219