UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHONG and MARILYN YIM, *et al.*, | CASE NO. C18-0736-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| THE CITY OF SEATTLE, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to reset the noting date for the cross motions for summary judgment and to allow and set a deadline for party responses to *amicus curiae* briefs (Dkt. No. 35). The motion is DENIED.

DATED this 2nd day of November 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk
