Honorable Judge John C. Coughenour

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| CHONG and MARILYN YIM, KELLY LYLES, EILEEN, LLC, and RENTAL HOUSING ASSOCIATION OF WASHINGTON,<br><br>Plaintiffs,<br>v.<br><br>THE CITY OF SEATTLE, a Washington Municipal corporation,<br><br>Defendant. | Civil Action No. 2:18-cv-00736-JCC<br><br>**STIPULATED MOTION AND [PROPOSED] ORDER TO SET SCHEDULE FOR SUPPLEMENTAL BRIEFING**<br><br>**Note on Motion Calendar: Feb. 26, 2020** |

Defendant City of Seattle and Plaintiffs Chong and MariLyn Yim, Kelly Lyles, Eileen, LLC, and the Rental Housing Association of Washington respectfully ask the Court to grant the parties the opportunity to file supplemental briefing in response to the Washington Supreme Court's ruling on questions certified by this Court.

I.   INTRODUCTION

Plaintiffs raise several constitutional challenges to the City's Fair Chance Housing Ordinance under the First and Fourteenth Amendments to the United States Constitution and Article 1, sections 3 and 5 of the Washington State Constitution. After the parties completed

*Stipulated Motion and [Proposed] Order*
*To Set Schedule for Supplemental Briefing* - 1
2:18-cv-00736-JCC

*Pacific Legal Foundation*
*255 South King Street, Suite 800*
*Seattle, Washington 98104*
*(425) 576-0484*

summary judgment briefing, this Court certified three questions to the Washington State Supreme Court.

The Washington Supreme Court issued its original opinion on November 14, 2019, an order amending the opinion on January 9, 2020, and a certificate of finality on February 3, 2020. Now that the Washington Supreme Court has answered the certified questions, the parties request the opportunity to provide the Court with supplemental briefing in light of the Washington Supreme Court's opinion.

**II.     STIPULATION**

The parties agree that limited briefing on Plaintiffs' Washington substantive due process claim will benefit the Court in light of the Washington Supreme Court's opinion.

The parties jointly propose the following supplemental briefing schedule and page limits:

| | |
|---|---|
| Plaintiffs' opening brief (not to exceed 8 pages) | Filed by March 13, 2020 |
| City's combined opening and response brief (not to exceed 11 pages) | Filed by April 3, 2020 |
| Plaintiffs' combined response and reply brief (not to exceed 10 pages) | Filed by April 17, 2020 |
| City's reply brief (not to exceed 6 pages) | Filed by May 6, 2020 |

///

*Stipulated Motion and [Proposed] Order*
*To Set Schedule for Supplemental Briefing - 2*
2:18-cv-00736-JCC

*Pacific Legal Foundation*
*255 South King Street, Suite 800*
*Seattle, Washington 98104*
*(425) 576-0484*

STIPULATED February 26, 2020:

| | |
|---|---|
| SUMMIT LAW GROUP PLLC<br>By: s/ JESSICA L. GOLDMAN<br>Jessica L. Goldman, WSBA #21856<br>Summit Law Group<br>315 5th Ave. South, Suite 1000<br>Seattle, WA 98104<br>Phone: (206)676-7062<br>Email: jessicag@summitlaw.com<br><br>PETER S. HOLMES<br>Seattle City Attorney<br><br>By: s/ ROGER D. WYNNE<br>By: s/ SARA O'CONNOR-KRISS<br>Roger D. Wynne, WSBA #23399<br>Phone: (206) 233-2177<br>Sara O'Connor-Kriss, WSBA #41569<br>Phone (206) 615-0788<br>Seattle City Attorney's Office<br>701 5th Avenue, Suite 2050<br>Seattle, WA 98104<br>Email: Roger.Wynne@seattle.gov<br>Email: Sara.OConnor-Kriss@seattle.gov<br><br>Attorneys for Defendant City of Seattle | PACIFIC LEGAL FOUNDATION<br><br>By: s/ BRIAN T. HODGES<br>By: s/ ETHAN W. BLEVINS<br>Brian T. Hodges, WSBA # 31976<br>Ethan W. Blevins, WSBA # 48219<br>Pacific Legal Foundation<br>255 South King Street, Suite 800<br>Seattle, Washington 98104<br>Telephone: (425) 576-0484<br>Fax: (916) 419-7747<br>Email: BHodges@pacificlegal.org<br>Email: EBlevins@pacificlegal.org<br><br>Attorneys for Plaintiffs Yim, et al. |

*Stipulated Motion and [Proposed] Order*
*To Set Schedule for Supplemental Briefing - 3*
*2:18-cv-00736-JCC*

*Pacific Legal Foundation*
*255 South King Street, Suite 800*
*Seattle, Washington 98104*
*(425) 576-0484*

### III.  [PROPOSED] ORDER

Based on the parties' stipulation, the Court GRANTS the parties' stipulated motion and ORDERS that the clerks shall enter the following supplemental briefing schedule:

| | |
|---|---|
| Plaintiffs' opening brief (not to exceed 8 pages) | Filed by March 13, 2020 |
| City's combined opening and response brief (not to exceed 11 pages) | Filed by April 3, 2020 |
| Plaintiffs' combined response and reply brief (not to exceed 10 pages) | Filed by April 17, 2020 |
| City's reply brief (not to exceed 6 pages) | Filed by May 6, 2020 |

DATED this _____ day of _____, 2020.

_____
Hon. John C. Coughenour
United States District Court Judge
Western District of Washington

*Stipulated Motion and [Proposed] Order*
*To Set Schedule for Supplemental Briefing* - 4
2:18-cv-00736-JCC

*Pacific Legal Foundation*
*255 South King Street, Suite 800*
*Seattle, Washington 98104*
*(425) 576-0484*

## CERTIFICATE OF SERVICE

I hereby certify that on Feb. 26, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to all counsel of record.

s/ ETHAN W. BLEVINS
Ethan W. Blevins, WSBA # 48219

Attorney for Plaintiffs

*Stipulated Motion and [Proposed] Order*
*To Set Schedule for Supplemental Briefing* - 5
2:18-cv-00736-JCC

*Pacific Legal Foundation*
*255 South King Street, Suite 800*
*Seattle, Washington 98104*
*(425) 576-0484*