THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHONG and MARILYN YIM *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> THE CITY OF SEATTLE, a Washington municipal corporation, <br><br> Defendant. | CASE NO. C18-0736-JCC <br><br> MINUTE ORDER |

The following minute order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to set a schedule for supplemental briefing (Dkt. No. 64). The Court hereby GRANTS the motion and ORDERS as follows:

1. Plaintiffs must file their opening brief by March 13, 2020. The brief must not exceed 8 pages.

2. Defendant must file its combined opening and response brief by April 3, 2020. The brief must not exceed 11 pages.

3. Plaintiffs must file their combined response and reply brief by April 17, 2020. The brief must not exceed 10 pages.

MINUTE ORDER
C18-0736-JCC
PAGE - 1

1    4.   Defendant must file its reply brief by May 6, 2020. The brief must not exceed 6 pages.

DATED this 28th day of February 2020.

                                                          William M. McCool
                                                          Clerk of Court

                                                          s/Tomas Hernandez
                                                          Deputy Clerk

MINUTE ORDER
C18-0736-JCC
PAGE - 2