The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHONG and MARILYN YIM, KELLY LYLES, EILEEN, LLC, and RENTAL HOUSING ASSOCIATION OF WASHINGTON,<br><br>Plaintiffs,<br><br>vs.<br><br>THE CITY OF SEATTLE, a Washington Municipal Corporation,<br><br>Defendant. | No.   2:18-cv-736-JCC<br><br>STIPULATED MOTION AND [PROPOSED] ORDER TO AMEND SUPPLEMENTAL BRIEFING SCHEDULE<br><br>NOTE ON MOTION CALENDAR:<br>Monday, March 30, 2020 |

Defendant City of Seattle and Plaintiffs Chong and Marilyn Yim, Kelly Lyles, Eileen, LLC, and the Rental Housing Association of Washington respectfully ask the Court to enter an order amending the supplemental briefing schedule to accommodate counsels' responses to the COVID-19 pandemic.

## I.   INTRODUCTION

On February 28, 2020, this Court entered an order (Dkt. # 65) granting the parties' motion (Dkt. # 64) to set a schedule for supplemental briefing in response to the Washington Supreme

STIPULATED MOTION AND [PROPOSED] ORDER TO
AMEND SUPPLEMENTAL BRIEFING SCHEDULE - 1
*YIM ET AL. V. CITY OF SEATTLE*, NO. C18-0736-JCC

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7097
(206) 684-8200

Court's ruling on questions certified by this Court. The schedule provides for four briefs:

| Brief | Due |
|---|---|
| Plaintiffs' opening brief | March 13, 2020 |
| Defendant's combined opening and response | April 3, 2020 |
| Plaintiffs' combined response and reply | April 17, 2020 |
| Defendant's reply | May 6, 2020 |

Plaintiffs filed a timely opening brief, but exigencies arising from society's response to the COVID-19 pandemic prompt the parties to reassess the remaining schedule. Defendant's counsel's office has been closed for two weeks (no reopening is currently scheduled) and Defendant's lead counsel has needed to prioritize serving the legal needs of City of Seattle officials as they respond to the pandemic. Plaintiffs are willing to accommodate Defendant's counsel during this period.

## II.   STIPULATION

The parties agree to amend the remaining briefing schedule as follows:

| Brief | Original date | New date |
|---|---|---|
| Defendant's combined opening and response | April 3, 2020 | April 17, 2020 |
| Plaintiffs' combined response and reply | April 17, 2020 | May 1, 2020 |
| Defendant's reply | May 6, 2020 | May 22, 2020 |

//

//

//

//

STIPULATED MOTION AND [PROPOSED] ORDER TO AMEND SUPPLEMENTAL BRIEFING SCHEDULE - 2
*YIM ET AL. V. CITY OF SEATTLE*, NO. C18-0736-JCC

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7097
(206) 684-8200

STIPULATED March 30, 2020:

| | |
|---|---|
| PETER S. HOLMES<br>Seattle City Attorney | PACIFIC LEGAL FOUNDATION |
| By:   *s/Roger D. Wynne*<br>         *s/Sara O'Connor-Kriss*<br>Roger D. Wynne, WSBA #23399<br>Phone: (206) 233-2177<br>Sara O'Connor-Kriss, WSBA #41569<br>Phone (206) 615-0788<br>Seattle City Attorney's Office<br>701 5th Avenue, Suite 2050<br>Seattle, WA 98104<br>Roger.Wynne@seattle.gov<br>Sara.OConnor-Kriss@seattle.gov | By:   *s/Ethan W. Blevins*<br>         *s/Brian T. Hodges*<br>Ethan W. Blevins, WSBA #48219<br>Brian T. Hodges, WSBA #31976<br>Pacific Legal Foundation<br>255 South King Street, Suite 800<br>Seattle, Washington 98104<br>Phone:  (425) 576-0484<br>EBlevins@pacificlegal.org<br>BHodges@pacificlegal.org<br>Attorneys for Plaintiffs Yim, *et al.* |

SUMMIT LAW GROUP PLLC

By:   *s/Jessica L. Goldman*
Jessica L. Goldman, WSBA #21856
Summit Law Group PLLC
315 5th Ave. South, Suite 1000
Seattle, WA 98104
Phone: (206)676-7062
jessicag@summitlaw.com

Attorneys for Defendant City of Seattle

STIPULATED MOTION AND [PROPOSED] ORDER TO
AMEND SUPPLEMENTAL BRIEFING SCHEDULE - 3
*YIM ET AL. V. CITY OF SEATTLE*, NO. C18-0736-JCC

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7097
(206) 684-8200

### III.     [PROPOSED] ORDER

Based on the parties' stipulation, the Court GRANTS the parties' stipulated motion and ORDERS that the remaining briefing schedule in this Court's Minute Order of February 28, 2020 (Dkt. # 65) is amended as follows:

1. Defendant must file its combined opening and response brief by April 17, 2020.

2. Plaintiffs must file their combined response and reply brief by May 1, 2020.

3. Defendant must file its reply brief by May 22, 2020.

The page limits in the Minute Order remain unchanged.

DATED this _____ day of _____, 2020.

Hon. John C. Coughenour
United States District Court Judge
Western District of Washington

STIPULATED MOTION AND [PROPOSED] ORDER TO
AMEND SUPPLEMENTAL BRIEFING SCHEDULE - 4
*YIM ET AL. V. CITY OF SEATTLE*, NO. C18-0736-JCC

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7097
(206) 684-8200

**CERTIFICATE OF SERVICE**

I certify that on this day I electronically filed this document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

    Ethan W. Blevins, WSBA #48219
    Brian T. Hodges, WSBA #31976
    PACIFIC LEGAL FOUNDATION
    255 South King Street, Suite 800
    Seattle, Washington 98104
    Telephone: (425) 576-0484
    *Attorneys for Plaintiffs*

DATED March 30, 2020.

                        *s/ Alicia Reise*_____
                        Alicia Reise, Legal Assistant

STIPULATED MOTION AND [PROPOSED] ORDER TO AMEND SUPPLEMENTAL BRIEFING SCHEDULE - 5
*YIM ET AL. V. CITY OF SEATTLE*, NO. C18-0736-JCC

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7097
(206) 684-8200