THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHONG and MARILYN YIM *et al.*, | CASE NO. C18-0736-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| THE CITY OF SEATTLE, a Washington municipal corporation, | |
| Defendant. | |

The following minute order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to amend the supplemental briefing schedule (Dkt. No. 67). The Court hereby GRANTS the motion and ORDERS as follows:

1. Defendant must file its combined opening and response brief by April 17, 2020;

2. Plaintiffs must file their combined response and reply brief by May 1, 2020; and

3. Defendant must file its reply brief by May 22, 2020.

//

//

//

MINUTE ORDER
C18-0736-JCC
PAGE - 1

1  DATED this 31st day of March 2020.

2                                                                William M. McCool
                                                                 Clerk of Court
3
4                                                                s/Tomas Hernandez
                                                                 Deputy Clerk

MINUTE ORDER
C18-0736-JCC
PAGE - 2