1

THE HONORABLE JOHN C. COUGHENOUR

2

3

4

5

6

7
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
8
AT SEATTLE

9   YIM, et al.,                                    No. 2:18-cv-736-JCC

10                        Plaintiffs,               MOTION FOR LEAVE TO FILE BRIEF
                                                    OF GRE DOWNTOWNER LLC AS
11          v.                                      *AMICUS CURIAE* IN SUPPORT OF
                                                    PLAINTIFFS' MOTION FOR SUMMARY
12                                                  JUDGMENT AND IN OPPOSITION TO
    CITY OF SEATTLE,                                DEFENDANT'S CROSS MOTION FOR
13                                                  SUMMARY JUDGMENT
                        Defendant.
14                                                  NOTE ON MOTION CALENDAR:
                                                    May 22, 2020
15

16                          **I.      INTRODUCTION**

17
            GRE Downtowner LLC ("GRE"), a Washington limited liability company, submits this
18
    motion for leave to file a brief as *amicus curiae* in support of Plaintiffs' motion for summary
19
    judgment and in opposition to Defendants' cross motion for summary judgment.  GRE is aware of
20
    the Court's Minute Order (Dkt. No. 25) setting November 23, 2018 as the deadline for interested
21
    parties to file an *amicus curiae* brief, but it respectfully submits that because Seattle's Fair Chance
22
    Housing Ordinance, SMC 14.09 (the "Ordinance") at that time had been effective for less than a
23
    year, GRE did not have the data it now believes is relevant to the matters at issue. The Ordinance
24
    now has been effective for more than two years, and GRE respectfully submits the Court should
25
    have the opportunity to consider the stark change in circumstances for a Seattle landlord who owns
26

MOTION FOR LEAVE - 1
2:18-cv-736-JCC

106312972.1 0069411-00041

1   a federally assisted housing project and whose goal is to provide safe, clean, comfortable, stable,

2   and affordable housing for its tenants.

3

## II.      IDENTITY AND INTERESTS OF *AMICUS CURIAE*

4

5   GRE is the owner of a 254-unit apartment building in downtown Seattle called The

6   Addison on Fourth ("the Addison").  The Addison qualifies for federal low-income housing tax

7   credits, which means the units are leased to Seattle residents earning up to 60 percent of adjusted

8   median income and are subject to rent controls. Many tenants pay their rent with Housing Choice

9   Vouchers (formerly Section 8) and other rental assistance programs.  GRE purchased the property

10  in 2012, invested millions of dollars in renovations that were in part federally funded, and the

11  project was a notable success from 2013 through 2017.  Residents were observant of the rules and

12  long-term tenants rated highly the quality of the living experience.  Over the past two years, that

13  picture has changed dramatically.  Since the Ordinance went into effect, calls to 911 from the

14  building have more than doubled, fire alarms are set off randomly during the night, employees

15  have been assaulted, residents have sold drugs from their units, there was a stabbing, and the

16  hallways are littered with feces, trash, and used needles.  Longtime residents are moving out, the

17  number of evictions has increased substantially, employee turnover is 400 percent, operating

18  expenses to try to keep the building safe and clean have skyrocketed, and employees now work in

19  teams because they are afraid to work alone. This has come about since GRE stopped obtaining

20  criminal background checks for prospective new tenants.

21  The Addison and its owner have been directly affected by the Ordinance.  The Addison is

22  a federally assisted housing project that for several years was economically viable and a going

23  concern, but now is sustaining material losses so great that GRE may not be able to remain its

24  owner. To share its unique information and perspective about the Addison with the Court, GRE is

25  seeking leave to file an *amicus curiae* brief.

26

MOTION FOR LEAVE - 2
2:18-cv-736-JCC

106312972.1 0069411-00041

**STOEL RIVES** LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA  98101
*Telephone 206.624.0900*

1

2

**III.     REASONS WHY GRE'S MOTION SHOULD BE GRANTED**

3          As the Court has acknowledged, district courts have "broad discretion" regarding the

4     appointment of *amici*.  *See* Order (Dkt. No. 49, at 2) (citing *Hoptowit v. Ray,* 682 F.2d 1237, 1260

5     (9th Cir. 1982), *abrogated on other grounds by Sandin v. Conner,* 515 U.S. 472 (1995)). District

6     courts frequently welcome *amicus* briefs from non-parties when the briefs "concern[] legal issues

7     that have potential ramifications beyond the parties directly involved" or when an *amicus* "has

8     'unique information or perspective that can help the court beyond the help that the lawyers for the

9     parties are able to provide.'"  *See id.* (citing *Skykomish Indian Tribe v. Goldmark,* 2013 WL

10    5720053, slip op. at 1 (W.D. Wash. 2013); *accord Rosas v. Sarbanand Farms, LLC,* No. C18-

11    0112-JCC, 2019 WL 3428663, at *1 (W.D. Wash. July 30, 2019).

12         The Court should exercise its discretion to permit GRE to file the attached *amicus* brief.

13    As a landlord of federally assisted housing, GRE can provide information and perspective not

14    already provided by the parties and the other *amici.*

15                              **IV.     CONCLUSION**

16

17         For the foregoing reasons, the Court should grant GRE's motion, and permit GRE to file

18    its Brief of GRE Downtowner LLC as *Amicus Curiae* in Support of Plaintiffs' Motion for

19    Summary Judgment and in Opposition to Defendants' Cross Motion for Summary Judgment, a

20    copy of which is attached as Exhibit A.

21

22

23

24

25

26

MOTION FOR LEAVE - 3
2:18-cv-736-JCC

**STOEL RIVES** LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA  98101
*Telephone 206.624.0900*

1

     DATED:  May 7, 2020.

2                               STOEL RIVES LLP

3

4                               *s/ Jill D. Bowman*

                                Jill D. Bowman, WSBA No. 11754

5                               jill.bowman@stoel.com

6                               STOEL RIVES LLP

                               600 University Street, Suite 3600

7                               Seattle, WA  98101

                               Telephone:  206.624.0900

8                               Facsimile:  206.386.7500

9                               *Attorneys for GRE Downtowner LLC*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

MOTION FOR LEAVE - 4
2:18-cv-736-JCC

106312972.1 0069411-00041

**STOEL RIVES LLP**
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA  98101
*Telephone 206.624.0900*

1

## CERTIFICATE OF SERVICE

2

I certify that on this day I electronically filed this document with the Clerk of the Court

3

using the CM/ECF system which will send notification of such filing to:

4

Brian T. Hodges

5

Ethan W. Blevins
Pacific Legal Foundation

6

255 South King Street, Ste. 800
Seattle, WA 98104

7

425-576-0484

8

bth@pacificlegal.org
eblevins@pacificlegal.org

9

*Attorneys for Plaintiffs*

10

Hillary Madsen
Kimberlee L. Gunning

11

Nicholas Brian Allen
Columbia Legal Services

12

101 Yesler Way, Ste. 300
Seattle, WA 98104-2552

13

206-464-0838
hillary.madsen@columbialegal.org

14

kim.gunning@columbialegal.org
nick.allen@columbialegal.org

15

*Attorneys for Amici Curiae Pioneer Human
Services and Tenants Union of Washington*

16

17

Eric Dunn
National Housing Law Project

18

919 E. Main Street, Ste. 610
Richmond, VA 23219

19

415-546-7000 ext. 3102
edunn@nhlp.org

20

*Attorney for Amici Curiae National Housing
Law Project and Sargent Shriver National*

21

*Center on Poverty Law*

Melissa R. Lee
Robert S. Chang
Ronald A. Peterson Law Clinic
1112 E. Columbia St.
Seattle, WA 98122
206-398-4394
leeme@seattleu.edu
changro@seattleu.edu
*Attorneys for* Amici Curiae *Fred T. Korematsu
Center for Law and Equality and ACLU-WA*

Michael J. Saltz
Jacobsen, Russell, Saltz, Nassim & De La
 Torre, LLP
1880 Century Park East, Suite 900 Los
Angeles, CA 90067 msaltz@jrsnd.com
310-446-9900
*and* Jeffrey E. Bilanko
Carroll, Biddle, & Bilanko, PLLC 801
2nd Avenue, Suite 800
Seattle, WA 98104
206-489-5549
jbilanko@cbblegal.com
*Attorneys for* Amicus Curiae *NCRA*

Douglas E. Smith Littler
Mendelson, P.C.
600 University Street, Suite 3200
Seattle, WA 98101-3122
206-623-3300
desmith@littler.com
*Attorneys for* Amici Curiae *CDIA/NAPBS*

22

23

Dated May 7, 2020.

24

25

_s/ Karrie Fielder_

26

Legal Assistant

MOTION FOR LEAVE - 5
2:18-cv-736-JCC

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA  98101
Telephone 206.624.0900