The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| YIM, *et al.*,<br><br>                            Plaintiffs,<br><br>vs.<br><br>CITY OF SEATTLE,<br><br>                            Defendant. | No.     2:18-cv-736-JCC<br><br>CITY OF SEATTLE'S OPPOSITION TO MOTION OF GRE DOWNTOWNER LLC FOR LEAVE TO FILE A BRIEF AS *AMICUS CURIAE*<br><br>NOTED ON MOTION CALENDAR:<br>Friday, May 22, 2020 |

Defendant City of Seattle asks this Court to deny GRE Downtowner LLC's motion for leave to file an *amicus curiae* brief. Dkt. # 71. The motion violates this Court's order that all interested parties were to file any *amicus curiae* brief no later than November 23, 2018. Dkt. # 25. GRE's proposed brief does not complement the parties' supplemental briefing, which is limited to the Washington Supreme Court's ruling on questions certified by this Court. *See* Dkt. #s  64–65 (motion and order granting supplemental briefing). GRE's proposed brief offers no legal authority—it relies on authority in Plaintiffs' briefing and the brief of another *amicus curiae*. Dkt. # 73-1 at p. 8. GRE instead—without evidence—asserts the problems at its facility are caused by the City's Fair Chance Housing Ordinance, *id*. at pp. 1 – 7, and professes confusion over the meaning of "federally assisted housing" without acknowledging the definitions provided in 42 U.S.C. § 13664(a)(2) or 24 C.F.R. § 5.100. *Id*. at pp.  7 – 8.

CITY'S OPPOSITION TO GRE DOWNTOWNER LLC'S MOTION FOR LEAVE TO FILE A BRIEF AS *AMICUS CURIAE* - 1
*Yim et al. v. City of Seattle*, No. C18-cv-736-JCC

**Peter S. Holmes**
Seattle City Attorney
701 Fifth Ave., Suite 2050
Seattle, WA 98104-7097
(206) 684-8200

1  Because GRE's untimely brief would not assist this Court in resolving the issues before

2  it, the City respectfully asks this Court to deny GRE's motion.

3  Respectfully submitted May 18, 2020.

| | |
|---|---|
| PETER S. HOLMES<br>Seattle City Attorney | SUMMIT LAW GROUP PLLC |
| By: *s/Roger D. Wynne*<br>    *s/Sara O'Connor-Kriss*<br>Roger D. Wynne, WSBA #23399<br>(206) 233-2177<br>Roger.Wynne@seattle.gov<br>Sara O'Connor-Kriss, WSBA #41569<br>(206) 615-0788<br>Sara.OConnor-Kriss@seattle.gov<br>Seattle City Attorney's Office<br>701 5th Avenue, Suite 2050<br>Seattle, WA 98104<br>*Attorneys for Defendant City of Seattle* | By: *s/Jessica L. Goldman*<br>Jessica L. Goldman, WSBA #21856<br>Summit Law Group PLLC<br>315 5th Ave. South, Suite 1000<br>Seattle, WA 98104<br>(206) 676-7062<br>jessicag@summitlaw.com<br>*Attorneys for Defendant City of Seattle* |

CITY'S OPPOSITION TO GRE DOWNTOWNER LLC'S MOTION FOR
LEAVE TO FILE A BRIEF AS *AMICUS CURIAE* - 2
*YIM ET AL. V. CITY OF SEATTLE*, NO. C18-CV-736-JCC

**Peter S. Holmes**
Seattle City Attorney
701 Fifth Ave., Suite 2050
Seattle, WA 98104-7097
(206) 684-8200

# CERTIFICATE OF SERVICE

I certify that on this day I electronically filed this document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

| | |
|---|---|
| Brian T. Hodges<br>Ethan W. Blevins<br>Pacific Legal Foundation<br>255 South King Street, Ste. 800<br>Seattle, WA 98104<br>425-576-0484<br>bth@pacificlegal.org<br>eblevins@pacificlegal.org<br>*Attorneys for Plaintiffs* | Melissa R. Lee<br>Robert S. Chang<br>Ronald A. Peterson Law Clinic<br>1112 E. Columbia St.<br>Seattle, WA 98122<br>206-398-4394<br>leeme@seattleu.edu<br>changro@seattleu.edu<br>*Attorneys for* Amici Curiae *Fred T. Korematsu Center for Law and Equality and ACLU-WA* |
| Kimberlee L. Gunning<br>Nicholas Brian Allen<br>Columbia Legal Services<br>101 Yesler Way, Ste. 300<br>Seattle, WA 98104-2552<br>206-464-0838<br>Kim.Gunning@columbialegal.org<br>nick.allen@columbialegal.org<br>*Attorneys for* Amici Curiae *Pioneer Human Services and Tenants Union of Washington* | Michael J. Saltz<br>Jacobsen, Russell, Saltz, Nassim & De La Torre, LLP<br>1880 Century Park East, Suite 900<br>Los Angeles, CA 90067<br>msaltz@jrsnd.com<br>310-446-9900<br>*and* Jeffrey E. Bilanko<br>Carroll, Biddle, & Bilanko, PLLC<br>801 2nd Avenue, Suite 800<br>Seattle, WA 98104<br>206-489-5549<br>jbilanko@cbblegal.com<br>*Attorneys for* Amicus Curiae *NCRA* |
| Eric Dunn<br>National Housing Law Project<br>919 E. Main Street, Ste. 610<br>Richmond, VA 23219<br>415-546-7000 ext. 3102<br>edunn@nhlp.org<br>*Attorney for* Amici Curiae *National Housing Law Project and Sargent Shriver National Center on Poverty Law* | Douglas E. Smith<br>Littler Mendelson, P.C.<br>600 University Street, Suite 3200<br>Seattle, WA 98101-3122<br>206-623-3300<br>desmith@littler.com<br>*Attorneys for* Amici Curiae *CDIA/NAPBS* |
| Jill D. Bowman<br>Stoel Rives LLP<br>600 University St., Suite 3600<br>Seattle, WA 98101<br>206.624.0900<br>jill.bowman@stoel.com<br>*Attorney for GRE Downtowner LLC* | |

DATED May 18, 2020.

*s/ Alicia Reise*
Alicia Reise

CITY'S OPPOSITION TO GRE DOWNTOWNER LLC'S MOTION FOR LEAVE TO FILE A BRIEF AS *AMICUS CURIAE* - 3
*YIM ET AL. V. CITY OF SEATTLE*, NO. C18-CV-736-JCC

**Peter S. Holmes**
Seattle City Attorney
701 Fifth Ave., Suite 2050
Seattle, WA 98104-7097
(206) 684-8200