THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| YIM, et al.,<br><br>                    Plaintiffs,<br><br>        v.<br><br>CITY OF SEATTLE,<br><br>                    Defendant. | No. 2:18-cv-736-JCC<br><br>REPLY IN SUPPORT OF GRE DOWNTOWNER LLC'S MOTION FOR LEAVE TO FILE AN AMIC*US CURIAE* BRIEF<br><br>NOTED ON MOTION CALENDAR:<br>May 22, 2020 |

GRE Downtowner LLC (GRE) has already acknowledged that its motion for leave to file an *amicus curiae* brief was filed after the Court's November 2018 deadline. *See* GRE's Motion (Dkt. No. 71) at 1. As previously stated, it did not at that time have the data it believes the Court will now find useful. *See id.* GRE respectfully suggests that the filing deadline should be extended to allow for the submission of information that was not available in 2018.

As for the City's suggestion that a party need only consider 42 U.S.C. § 13664(a)(2) and 24 C.F.R. § 5.100 to know what "federally assisted housing" means, *see* City of Seattle's Opposition (Dkt. No. 74) at 1, those definitions were not expressly incorporated into the Seattle Municipal Code and there is no indication that Seattle landlords may rely on those definitions. The City's "Frequently Asked Questions" document only added to the confusion caused by the ordinance's vagueness. In response to the question "How do I know if my organization qualifies

REPLY IN SUPPORT OF MOTION FOR LEAVE - 1
2:18-cv-736-JCC

1  as 'federally assisted housing subject to federal regulations that require denial of tenancy' that qualifies as an exclusion under SMC 14.09?", there was no reference to the federal statute or regulation.  Moreover, an early version of that document indicated that "[f]ederally assisted housing" was required to "comply with the ordinance," but there was "an exclusion for adverse action ***and screening*** when denial of tenancy is required by federal regulations." *See* [www.seattle.gov/Documents/Departments/CivilRights/Fair%20Housing/Fair%20Chance%20Housing%20FAQ_FINAL.pdf](http://www.seattle.gov/Documents/Departments/CivilRights/Fair%20Housing/Fair%20Chance%20Housing%20FAQ_FINAL.pdf) (emphasis added) at 3; *see also id.* at 2 (referring to the exclusion for adverse actions "and screening practices").  A later version of that document omitted the phrase "and screening," *see* [www.seattle.gov/Documents/Departments/CivilRights/Fair%20Housing/Fair%20Chance%20Housing%20FAQ_amendments_FINAL_08-23-18.pdf](http://www.seattle.gov/Documents/Departments/CivilRights/Fair%20Housing/Fair%20Chance%20Housing%20FAQ_amendments_FINAL_08-23-18.pdf), at 3; *see also id.* at 2 (omitting "and screening practices"), which seemed to change the rules for federally assisted housing landlords.

For the reasons stated in its motion and in this reply, GRE respectfully requests that the Court grant it permission to file its *amicus curiae* brief.

DATED:  May 22, 2020.

STOEL RIVES LLP

*s/ Jill D. Bowman*
Jill D. Bowman, WSBA No. 11754
jill.bowman@stoel.com

STOEL RIVES LLP
600 University Street, Suite 3600
Seattle, WA  98101
Telephone:  206.624.0900
Facsimile:  206.386.7500

*Attorneys for GRE Downtowner LLC*

REPLY IN SUPPORT OF MOTION FOR LEAVE - 2
2:18-cv-736-JCC

**CERTIFICATE OF SERVICE**

I certify that on this day I electronically filed this document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

Brian T. Hodges
Ethan W. Blevins
Pacific Legal Foundation
255 South King Street, Ste. 800
Seattle, WA 98104
425-576-0484
bth@pacificlegal.org
eblevins@pacificlegal.org
*Attorneys for Plaintiffs*

Hillary Madsen
Kimberlee L. Gunning
Nicholas Brian Allen
Columbia Legal Services
101 Yesler Way, Ste. 300
Seattle, WA 98104-2552
206-464-0838
hillary.madsen@columbialegal.org
kim.gunning@columbialegal.org
nick.allen@columbialegal.org
*Attorneys for Amici Curiae Pioneer Human Services and Tenants Union of Washington*

Eric Dunn
National Housing Law Project
919 E. Main Street, Ste. 610
Richmond, VA 23219
415-546-7000 ext. 3102
edunn@nhlp.org
*Attorney for Amici Curiae National Housing Law Project and Sargent Shriver National Center on Poverty Law*

Melissa R. Lee
Robert S. Chang
Ronald A. Peterson Law Clinic
1112 E. Columbia St.
Seattle, WA 98122
206-398-4394
leeme@seattleu.edu
changro@seattleu.edu
*Attorneys for* Amici Curiae *Fred T. Korematsu Center for Law and Equality and ACLU-WA*

Michael J. Saltz
Jacobsen, Russell, Saltz, Nassim & De La Torre, LLP
1880 Century Park East, Suite 900 Los Angeles, CA 90067 msaltz@jrsnd.com
310-446-9900
*and* Jeffrey E. Bilanko
Carroll, Biddle, & Bilanko, PLLC 801 2nd Avenue, Suite 800
Seattle, WA 98104
206-489-5549
jbilanko@cbblegal.com
*Attorneys for* Amicus Curiae *NCRA*

Douglas E. Smith Littler
Mendelson, P.C.
600 University Street, Suite 3200
Seattle, WA 98101-3122
206-623-3300
desmith@littler.com
*Attorneys for* Amici Curiae *CDIA/NAPBS*

Dated May 22, 2020.

*s/ Karrie Fielder*
Legal Assistant

REPLY IN SUPPORT OF MOTION FOR LEAVE - 3
2:18-cv-736-JCC

106758448.1 0069411-00041

**STOEL RIVES LLP**
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA  98101
*Telephone 206.624.0900*