Honorable John C. Coughenour

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| CHONG and MARILYN YIM, KELLY LYLES, EILEEN, LLC, and RENTAL HOUSING ASSOCIATION OF WASHINGTON,<br><br>Plaintiffs,<br>v.<br><br>THE CITY OF SEATTLE, a Washington Municipal corporation,<br><br>Defendant. | Civil Action No. 2:18-cv-00736-JCC<br><br>**AMENDED NOTICE OF SUPPLEMENTAL AUTHORITY** |

In light of concerns expressed by Defendant regarding the Notice of Supplemental Authority, Dkt. #79, filed by Plaintiffs on March 30, 2021, Plaintiffs voluntarily withdraw the substance of that notice and amend that notice to read as follows:

With respect to the issue of whether "the gag rule directly restrains the right to receive information, a recognized First Amendment right," Plaintiffs' Opp. to City's Cross-Motion for Summary Judgment and Reply in Support of Motion for Summary Judgment (Dec. 7, 2018), Dkt. #48 at 2–4, please see *Pacific Coast Horseshoeing School, Inc. v. Kirchmeyer*, 961 F.3d 1062, 1069 (9th Cir. 2020).

Pl. Ntc of Supp. Authority - 1
2:18-cv-00736-JCC

Pacific Legal Foundation
255 South King St., Suite 800
Seattle, Washington 98104
(425) 576-0484

With respect to the issue of whether "Subsection 2 is part of a commercial conduct regulation imposing incidental burdens on speech with minimal expressive elements," City's Reply in Support of Its Cross Motion for Summary Judgment (Jan. 11, 2019), Dkt. #50 at 2, please see *Pacific Coast Horseshoeing School, Inc. v. Kirchmeyer*, 961 F.3d at 1068–73.

DATED: March 31, 2021.

Respectfully submitted,

By: s/ BRIAN T. HODGES
By: s/ ETHAN W. BLEVINS
Brian T. Hodges, WSBA # 31976
Ethan W. Blevins, WSBA # 48219
Pacific Legal Foundation
255 South King Street, Suite 800
Seattle, Washington 98104
Telephone: (425) 576-0484
Email: BHodges@pacificlegal.org
Email: EBlevins@pacificlegal.org

Attorneys for Plaintiffs

*Pl. Ntc of Supp. Authority - 2*
2:18-cv-00736-JCC

*Pacific Legal Foundation*
*255 South King St., Suite 800*
*Seattle, Washington 98104*
*(425) 576-0484*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 31, 2021, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF, system which will send notification to all counsel of record.

                                         s/ ETHAN W. BLEVINS
                                         Ethan W. Blevins, WSBA # 48219

                                         Attorney for Plaintiffs

Pl. Ntc of Supp. Authority - 3
2:18-cv-00736-JCC

Pacific Legal Foundation
255 South King St., Suite 800
Seattle, Washington 98104
(425) 576-0484