THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHONG and MARILYN YIM, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> THE CITY OF SEATTLE, a Washington municipal corporation, <br><br> Defendant. | CASE NO. C18-0736-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' inquiry to the Courtroom Deputy regarding the stay. In light of the Washington Supreme Court's decision on the certified questions, the Court hereby LIFTS the stay. The Court will resolve the pending cross-motions for summary judgment promptly.

DATED this 7th day of April 2021.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk