THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHONG and MARILYN YIM, *et al.*,<br><br>　　　　　　Plaintiffs,<br>　　v.<br><br>THE CITY OF SEATTLE, a Washington municipal corporation,<br><br>　　　　　　Defendant. | CASE NO. C18-0736-JCC<br><br>MINUTE ORDER |

　　　The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

　　　This matter comes before the Court *sua sponte.* The Court GRANTS the parties' requests for oral argument on the parties' cross motions for summary judgment. (*See* Dkt. Nos. 23, 33, 48, 50.) The Court will hear oral argument <u>in person</u> on Tuesday, July 6, 2021, at 10:00 a.m. in Courtroom 16206.

　　　DATED this 16th day of June 2021.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk

MINUTE ORDER
C18-0736-JCC
PAGE - 1