Honorable John C. Coughenour

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| CHONG and MARILYN YIM, KELLY LYLES, EILEEN, LLC, and RENTAL HOUSING ASSOCIATION OF WASHINGTON,<br><br>    Plaintiffs,<br>v.<br><br>THE CITY OF SEATTLE, a Washington Municipal corporation,<br><br>    Defendant. | Civil Action No. 2:18-cv-00736-JCC<br><br>**PLAINTIFFS' THIRD NOTICE OF SUPPLEMENTAL AUTHORITY** |

Plaintiffs wish to notify the Court of a recent federal Supreme Court ruling in *Cedar Point Nursery v. Hassid*, 2021 WL 2557070 (June 23, 2021), which is relevant to this dispute. The slip opinion is attached.

With respect to the issue of whether the Fair Chance Housing Ordinance constitutes a deprivation of a property interest without due process of law, *see* Supplemental Brief on Plaintiffs' Due Process Claims (March 13, 2020), Dkt. 66 at 1–3, *please see Cedar Point Nursery*, Slip Op. at *4–11 (holding the right to exclude "is a fundamental element of the property right that cannot be balanced away.") (cleaned up).

Pl. 3d Ntc of Supp. Authority - 1
2:18-cv-00736-JCC

Pacific Legal Foundation
255 South King St., Suite 800
Seattle, Washington 98104
(425) 576-0484

DATED: June 25, 2021.

Respectfully submitted,

By: s/ BRIAN T. HODGES
By: s/ ETHAN W. BLEVINS
Brian T. Hodges, WSBA # 31976
Ethan W. Blevins, WSBA # 48219
Pacific Legal Foundation
255 South King Street, Suite 800
Seattle, Washington 98104
Telephone: (425) 576-0484
Email: BHodges@pacificlegal.org
Email: EBlevins@pacificlegal.org

Attorneys for Plaintiffs

*Pl. 3d Ntc of Supp. Authority - 2*
*2:18-cv-00736-JCC*

*Pacific Legal Foundation*
*255 South King St., Suite 800*
*Seattle, Washington 98104*
*(425) 576-0484*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 25, 2021, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF, system which will send notification to all counsel of record.

s/ ETHAN W. BLEVINS
Ethan W. Blevins, WSBA # 48219

Attorney for Plaintiffs

*Pl. 3d Ntc of Supp. Authority* - 3
2:18-cv-00736-JCC

*Pacific Legal Foundation*
*255 South King St., Suite 800*
*Seattle, Washington 98104*
*(425) 576-0484*