Honorable John C. Coughenour

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| CHONG and MARILYN YIM, KELLY LYLES, EILEEN, LLC, and RENTAL HOUSING ASSOCIATION OF WASHINGTON,<br><br>    Plaintiffs,<br>v.<br><br>THE CITY OF SEATTLE, a Washington Municipal corporation,<br><br>    Defendant. | Civil Action No. 2:18-cv-00736-JCC<br><br>**PLAINTIFFS' FOURTH NOTICE OF SUPPLEMENTAL AUTHORITY** |

In anticipation of the upcoming hearing on motions for summary judgment, Plaintiffs wish to notify the Court of recent precedent relevant to this dispute. With respect to the issue of whether the Fair Chance Housing Ordinance is subject to strict or intermediate scrutiny, please see *IMDB.com Inc. v. Becerra*, 962 F.3d 1111, 1122 (9th Cir. 2020), attached as Exhibit A. With respect to the issue of whether the Fair Chance Housing Ordinance regulates protected speech, please see *id.* at 1123. With respect to the issue of whether the Fair Chance Housing Ordinance regulates speech, please see *Greater Philadelphia Chamber of Commerce v. City of Philadelphia*, 949 F.3d 116, 136 (3d Cir. 2020), attached as Exhibit B.

Pl. 4th Ntc of Supp. Authority - 1
2:18-cv-00736-JCC

Pacific Legal Foundation
255 South King St., Suite 800
Seattle, Washington 98104
(425) 576-0484

DATED: July 2, 2021.

Respectfully submitted,

By: s/ BRIAN T. HODGES
By: s/ ETHAN W. BLEVINS
Brian T. Hodges, WSBA # 31976
Ethan W. Blevins, WSBA # 48219
Pacific Legal Foundation
255 South King Street, Suite 800
Seattle, Washington 98104
Telephone: (425) 576-0484
Email: BHodges@pacificlegal.org
Email: EBlevins@pacificlegal.org

Attorneys for Plaintiffs

*Pl. 4th Ntc of Supp. Authority - 2*
2:18-cv-00736-JCC

*Pacific Legal Foundation*
*255 South King St., Suite 800*
*Seattle, Washington 98104*
*(425) 576-0484*

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 2, 2021, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF, system which will send notification to all counsel of record.

s/ ETHAN W. BLEVINS
Ethan W. Blevins, WSBA # 48219

Attorney for Plaintiffs

*Pl. 4th Ntc of Supp. Authority - 3*
2:18-cv-00736-JCC

*Pacific Legal Foundation*
*255 South King St., Suite 800*
*Seattle, Washington 98104*
*(425) 576-0484*