# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHONG YIM, *et al.*,<br><br>      Plaintiffs,<br> v.<br><br>CITY OF SEATTLE,<br><br>      Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NO. C18-0736-JCC |

_____ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

The Court has so ORDERED:

 The Court DENIES Plaintiffs' motion for summary judgment and GRANTS the City's motion for summary judgment.

DATED this 6th day of July 2021.

                RAVI SUBRAMANIAN
                Clerk of Court

                /s/ *Paula McNabb*
                Deputy Clerk