Honorable Judge John C. Coughenour

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| CHONG and MARILYN YIM, KELLY LYLES, EILEEN, LLC, and RENTAL HOUSING ASSOCIATION OF WASHINGTON,<br><br>  Plaintiffs,<br>v.<br><br>THE CITY OF SEATTLE, a Washington Municipal corporation,<br><br>  Defendant. | Civil Action No. 2:18-cv-00736-JCC<br><br>**NOTICE OF APPEAL** |

Notice is hereby given that all plaintiffs in the above-named case, hereby appeal to the United States Court of Appeals for the Ninth Circuit from the final judgment entered in this action on the 6th day of July, 2021, attached as Exhibit A.

*Pl. Notice of Appeal* - 1
2:18-cv-00736-JCC

Pacific Legal Foundation
255 South King Street, Suite 800
Seattle, Washington 98104
(425) 576-0484

DATED: July 14, 2021.

      Respectfully submitted,

      By: s/ <u>BRIAN T. HODGES</u>
      By: s/ <u>ETHAN W. BLEVINS</u>
      Brian T. Hodges, WSBA # 31976
      Ethan W. Blevins, WSBA # 48219
      Pacific Legal Foundation
      255 South King Street, Suite 800
      Seattle, Washington 98104
      Telephone: (425) 576-0484
      Fax: (916) 419-7747
      Email: BHodges@pacificlegal.org
      Email: EBlevins@pacificlegal.org

      Attorneys for Plaintiffs

*Pl. Notice of Appeal - 2*
*2:18-cv-00736-JCC*

*Pacific Legal Foundation*
*255 South King Street, Suite 800*
*Seattle, Washington 98104*
*(425) 576-0484*

## CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to all counsel of record.

s/ ETHAN W. BLEVINS
Ethan W. Blevins, WSBA # 48219

Attorney for Plaintiffs

Pl. Notice of Appeal - 3
2:18-cv-00736-JCC

Pacific Legal Foundation
255 South King Street, Suite 800
Seattle, Washington 98104
(425) 576-0484