IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| CHONG and MARILYN YIM, KELLY LYLES, EILEEN, LLC, and RENTAL HOUSING ASSOCIATION OF WASHINGTON,<br><br>       Plaintiffs,<br>v.<br><br>THE CITY OF SEATTLE, a Washington municipal corporation,<br><br>       Defendant. | Civil Action No. 2:18-cv-00736-BJR<br><br>**AMENDED JUDGMENT** |

THIS MATTER came before the Court on cross-motions for summary judgment. Dkt. #s 23 and 33. This Court initially granted Defendant City of Seattle's cross-motion and denied the cross-motion filed by Plaintiffs Yim, et al. Dkt. # 88. On appeal, the U.S. Court of Appeals for the Ninth Circuit reversed as to Count I (violation of the First Amendment) and remanded to this Court for a severability determination. Dkt. # 97. This Court ruled that the unconstitutional provision is severable. Dkt. # 124.

IT IS ORDERED AND ADJUDGED that judgment is entered as follows:

1.      The Defendant's cross-motion for summary judgment is DENIED, and Plaintiffs' cross-motion for summary judgment is GRANTED on Count I (violation of the First

*Amended Judgment* - 1
*2:18-cv-00736-BJR*

*Pacific Legal Foundation*
*1425 Broadway # 429*
*Seattle, Washington 98122*
*(425) 576-0484*

Amendment). The Court declares the inquiry provision of the "Fair Chance Housing Ordinance," Ch. 14.09 Seattle Municipal Code, unconstitutional. Judgment is hereby entered in Plaintiffs' favor on Count I.

2. The Plaintiffs' cross-motion for summary judgment is DENIED, and Defendant's cross-motion for summary judgment is GRANTED on Count II (Substantive Due Process). Judgment is hereby entered in Defendant's favor on Count II.

3. Each party will bear its own costs.

DATED this 17th day of September 2024.

_____
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

Brian T. Hodges, WSBA # 31976
Ethan W. Blevins, WSBA # 48219
Pacific Legal Foundation
1425 Broadway # 429
Seattle, Washington 98122
Telephone: (425) 576-0484
Fax: (425) 576-9565
Email: BHodges@pacificlegal.org
Email: EBlevins@pacificlegal.org
*Attorneys for Plaintiffs*

Ann Davison, Seattle City Attorney
By:   Roger D. Wynne, WSBA #23399
      Sara O'Connor-Kriss, WSBA #41569
Seattle City Attorney's Office
701 Fifth Ave., Suite 2050
Seattle, WA 98104-7095
Ph: (206) 684-8200
roger.wynne@seattle.gov
sara.oconnor-kriss@seattle.gov
*Assistant City Attorneys for Defendant City of Seattle*

*Amended Judgment - 2*
*2:18-cv-00736-BJR*

*Pacific Legal Foundation*
*1425 Broadway # 429*
*Seattle, Washington 98122*
*(425) 576-0484*