WAWD – Notice of Civil Appeal (Revised 4/6/2017)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

Yim, et al.

                 Plaintiff(s),

v.

City of Seattle

                 Defendant(s).

NOTICE OF CIVIL APPEAL

Case No 2:18-cv-00736-BJR

District Court Judge
Hon. Barbara J. Rothstein

Notice is hereby given that Plaintiffs Chong Yim et al.
                 (Name of Appellant)

appeals to the United States Court of Appeals for the Ninth Circuit from

Order re: Severance (Dkt. 124) and Amended Judgment (Dkt. 128)
(Name of Order/Judgment)

entered in this action on 09/17/2024.
                 (Date of Order)

Dated: 10/08/2024.

Brian T. Hodges
Pacific Legal Foundation
1425 Broadway # 429
Seattle, Washington 98122
(425) 576-0484

Name, Address and Phone Number of Counsel for Appellant or Appellant/*Pro Se*

s/ Brian T. Hodges

Signature of Counsel for Appellant or Appellant/*Pro Se*

NOTICE OF CIVIL APPEAL - 1