UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 27 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

CHONG YIM; MARILYN YIM; KELLY LYLES; EILEEN, LLC; RENTAL HOUSING ASSOCIATION OF WASHINGTON,

        Plaintiffs - Appellants,

v.

CITY OF SEATTLE, a Washington municipal corporation,

        Defendant - Appellee.

No. 24-6214

D.C. No. 2:18-cv-00736-BJR

Western District of Washington, Seattle

MANDATE

The judgment of this Court, entered August 05, 2025, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

Costs are taxed against the Appellants, Chong Yim, Marilyn Yim, Kelly Lyles, Eileen, LLC, and Rental Housing Association of Washington, in the amount of $39.00.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT